**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Baymont Franchise Systems, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAYMONT FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DECATUR HOSPITALITY, INC., a Texas Corporation; CHETAN PATEL, an individual; and HARISH PATEL, an individual,<br><br>Defendants. | Civil Action Number 14-cv-2668 (CCC) (JBC)<br><br>ORDER<br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Baymont Franchise Systems, Inc. ("BFS"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Decatur Hospitality, Inc., Chetan Patel, and Harish Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on April 28, 2014, seeking damages as a result of the breach of a Franchise Agreement between BFS and Decatur Hospitality, Inc.; and service of the Summons and Complaint having been effectuated by certified mail, return receipt requested, and regular mail on Decatur Hospitality, Inc., Chetan Patel, and Harish Patel on August 6, 2014; and it appearing that default was duly noted by the Clerk of the Court against Defendants on October 22, 2014 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this ___15___ day of ___January___, 201_,

**ORDERED, ADJUDGED, AND DECREED** that BFS have judgment against Defendants, jointly and severally, in the total amount of $179,495.31, comprised of the following:

    a) $174,501.19 for Recurring Fees (principal plus prejudgment interest); and

    b) $4,994.12 for attorneys' fees and costs.

_____
**HON. CLAIRE C. CECCHI, U.S.D.J.**